CULPEPER COUNTY (JENKINS v.). See Case No. 7,261.

## Case No. 3,467.

### CULVER v. CALENDER.

[The case reported under above title in 5 Law Rep. 125, is the same as Case No. 2,307.]